The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRENT STONE,<br><br>Plaintiff,<br><br>v.<br><br>MECCA11, LLC, AND PRODUCT EVOLUTION, LLC,<br><br>Defendants. | CASE NO. 21-cv-675-TSZ<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED] ORDER |

The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, or until January 31, 2022, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until January 31, 2022, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall

[PROPOSED] ORDER - 1
CASE NO. 21-cv-675-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | maintain the Complaint and other filings under seal for the duration of the government's
2 | investigation.
3 |
4 | DATED this __3rd__ day of __August__, 2021.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge

Presented by:

*[signature]* WSBA #17204 for

NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:   206-553-4067
Email: nickolas.bohl@usdoj.gov

[PROPOSED] ORDER - 2
CASE NO. 21-cv-675-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970