The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRENT STONE,<br><br>Plaintiff,<br><br>v.<br><br>MECCA11, LLC; and PRODUCT EVOLUTION, LLC,<br><br>Defendants. | C21-675 TSZ<br><br>ORDER |

The United States having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint, docket no. 1, the United States' Notice of Declination, docket no. 6, and all other papers on file in this action shall be unsealed.

2. Relator shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendants.

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The

United States may seek dismissal of Relator's action or claims, may order any deposition transcripts, and is entitled to intervene in this action, for good cause, at any time.

      4.      The parties shall serve all notices of appeal upon the United States.

      5.      All orders of this Court shall be sent to the United States.

      6.      Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the United States shall be given notice and have an opportunity to be heard before the Court issues any ruling.

DATED this 18th day of November, 2021.

_____
Thomas S. Zilly
United States District Judge

Presented by:

*s/ Nickolas Bohl*
NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:     206-553-4067
Email:  nickolas.bohl@usdoj.gov