1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRENT STONE, | C21-675 TSZ |
| Plaintiff, | **ORDER** |
| v. | |
| MECCA11, LLC; and PRODUCT EVOLUTION, LLC, | |
| Defendants. | |

9

10

11

12

13

14

15

16   Relator Brent Stone's motion to dismiss, docket no. 8, concerning which the United States

17   has consented, <u>see</u> Notice (docket no. 9), is GRANTED, and the Court ORDERS, pursuant to 31

18   U.S.C. § 3730(b)(1), that all of the claims set forth in the Complaint, docket no. 1, shall be

19   DISMISSED against defendants with prejudice as to the Relator, and without prejudice as to the

20   United States.

21   //

22   //

23   //

ORDER - 1

DATED this 1st day of  December, 2021.

Thomas S. Zilly
United States District Judge

Presented by:

s/ Nickolas Bohl
NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:  nickolas.bohl@usdoj.gov

ORDER - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970